UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The CTC Litigation Trust
        Plaintiff(s),           CIVIL ACTION
                                      NO.   05-11129-PBS
    v.

Telecom Realty, LLC
        Defendant(s).

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                           June 1, 2005

      TAKE NOTICE that the above-entitled case has been set for an Initial Pretrial Conference on **July 7, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                         By the Court,

                                                     /s/ Robert C. Alba
                                                   Deputy Clerk

Copies to:  All Counsel